IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-00236 |
| ) | |
| CAROLINA DEL CARMEN SERRANO, ) | |
| ) | |
| Defendant, ) | |
| ) | |

*ORDER: Given the lack of opposition, this motion is GRANTED.*

*[signature]*
*4-10-14*

## MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Carolina Serrano, by and through counsel, respectfully requests this Court to modify her Conditions of Release, and in support thereof, states as follows:

1. On or about October 29, 2013, this Court issued a Release Order and Conditions of Release, which set forth a requirement that "Defendant shall be on cellular electronic monitoring on a schedule to be determined by Pretrial Services…"

2. Defendant has performed well on Pretrial release and has complied with all conditions of her release.

3. Defendant submitted a Plea Agreement before this Court on March 28, 2014.

4. Defendant is now requesting that the condition of her release which requires cellular electronic monitoring be removed as a condition of her release.

5. Counsel for the Defendant has spoken with both Pretrial Officer Maria K. Johnson and AUSA Trey Hilliard, and both have confirmed that they have no