UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:13CR00236 |
| | ) | CHIEF JUDGE HAYNES |
| CAROLINA SERRANO, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES MOTION FOR ENTRY OF PRELIMINARY ORDER
OF FORFEITURE OF SUBSTITUTE ASSETS TO SATISFY $1,000,000.00 MONEY
JUDGMENT AGAINST DEFENDANT CAROLINA SERRANO

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the entry of a Preliminary Order of Forfeiture in this case to include certain substitute assets of Defendant Carolina Serrano based upon the Court's entry of an Order of Forfeiture Consisting of a $1,000,000.00 Money Judgment previously entered against her, namely:

1. Real property commonly known as 3113 Chambley Court, Hermitage, TN 37076, Davidson County, Tennessee including all improvements thereon and appurtenances thereto and more particularly described as follows:

> Land in Davidson County, Tennessee, being Lot No. 115 on the Plan of Section Two, Chesney Glen, a Planned Unit Development, of record in Plat Book 9700, page 434, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and detailed description of said lot.