IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 3:13-00236 |
| | ) | Chief Judge Haynes |
| v. | ) ) | |
| CAROLINA SERRANO, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Government's motion to dismiss the remaining counts of indictment (Docket Entry No. 94) citing Defendant's guilty plea to count one of the superseding indictment, for which this Defendant was sentenced. This motion is **GRANTED** and all remaining counts of the superseding indictment against Defendant Carolina Serrano are **DISMISSED**.

It is so **ORDERED**.

ENTERED this the 25th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge