UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:13CR00236 |
| ) | CHIEF JUDGE HAYNES |
| CAROLINA SERRANO, ) | |
| ) | |
| Defendant. ) | |

*[handwritten notations: DENIED / This motion / to GR the TRO / [signature] 6-15-15]*

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE RE NET PROCEEDS OF INTERLOCUTORY SALE OF REAL PROPERTY KNOWN AS 3113 CHAMBLEY COURT, HERMITAGE, TN 37076

Pursuant to Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the net proceeds from the interlocutory sale of the following property:

> Real property commonly known as 3113 Chambley Court, Hermitage, TN 37076, Davidson County, Tennessee including all improvements thereon and appurtenances thereto and more particularly described as follows:
>
>> Land in Davidson County, Tennessee, being Lot No. 115 on the Plan of Section Two, Chesney Glen, a Planned Unit Development, of record in Plat Book 9700, page 434, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and detailed description of said lot.
>>
>> Being the same property conveyed to Carolina Serrano, a married person, by Warranty Deed from Sherry K. Gregory