UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:13CR00236 |
| ) | CHIEF JUDGE HAYNES |
| CAROLINA SERRANO, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE RE NET PROCEEDS FROM INTERLOCUTORY SALE OF REAL PROPERTY 3113 CHAMBLEY COURT, HERMITAGE, TN 37076**

WHEREAS, on September 2, 2014, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 this Court entered a Preliminary Order of Forfeiture as to Defendant Carolina Serrano, forfeiting her interest in the following real property as substitute property to partially satisfy the Order of Forfeiture Consisting of a $1,000,000.00 Money Judgment entered against her on August 15, 2014:

> Real property commonly known as 3113 Chambley Court, Hermitage, TN 37076,
>
> Davidson County, Tennessee including all improvements thereon and
>
> appurtenances thereto and more particularly described as follows:
>
>> Land in Davidson County, Tennessee, being Lot No. 115
>> on the Plan of Section Two, Chesney Glen, a Planned Unit
>> Development, of record in Plat Book 9700, page 434,
>> Register's Office for Davidson County, Tennessee, to
>> which reference is hereby made for a more complete and
>> detailed description of said lot.
>>
>> Being the same property conveyed to Carolina Serrano, a
>> married person, by Warranty Deed from Sherry K. Gregory
>> of record in Instrument No. 20051201-0144423, Register's
>> Office for Davidson County, Tennessee.
>>
>> This Is Improved o property known as 3113 Chambley
>> Court, Hermitage, TN 37076

hereinafter collectively referred to as "Real Property."

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on September 11, 2014 and ending on October 10, 2014.

WHEREAS, on September 15, 2014, pursuant to 21 U.S.C. § 853(n), MERS, Inc., as nominee for Oak Street Mortgage, LLC, was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Real Property in accordance with the law and as specified in the Preliminary Order, and further notifying it that it has thirty (30) days from the date of its receipt of said direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of its alleged interest in the Real Property by certified mail, return receipt requested and by regular mail. Said notice was received by MERS, Inc. on September 18, 2014.

WHEREAS, on September 15, 2014, pursuant to 21 U.S.C. § 853(n), Oak Street Mortgage, LLC, 11595 N. Meridian Street, Suite 400, Carmel, IN 46032 was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Real Property in accordance with the law and as specified in the Preliminary Order, and further notifying it that it has thirty (30) days from the date of its receipt of said direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of its alleged interest in the Real Property by certified mail, return receipt requested and

2

Case 3:13-cr-00236 Document 124-1 Filed 06/12/15 Page 2 of 4 PageID #: 574

by regular mail.

WHEREAS, the Deed of Trust recorded against the Real Property by Oak Street Mortgage, LLC in connection with the purchase of the Real Property by Carolina Serano, as the "Borrower," identifies Oak Street Mortgage, LLC as the "Lender" at to 11595 N. Meridian Street, Suite 400, Carmel, IN 46032 and MERS, Inc., as nominee for Oak Street Mortgage.

WHEREAS, neither Oak Street Mortgage, LLC nor MERS, Inc., as nominee for Oak Street Mortgage, filed a claim in this matter.

WHEREAS, on October 15, 2014, Nationstar Mortgage, LLC, as transferor of service rights associated with the [Oak Street Mortgage, LLC] Note secured by the Subject Property filed a Petition for Hearing.

WHEREAS, Nationstar Mortgage, LLC withdrew its Petition for Hearing on June 10, 2015.

WHEREAS, no other timely petition has been filed.

WHEREAS, an Order for Interlocutory Sale of the Real Property entered on December 30, 2014.

WHEREAS, the interlocutory sale of the Real Property occurred on May 4, 2015, and the United States received $23,512.59 in net proceeds (net proceeds hereinafter referred to as "Subject Property").

WHEREAS, the Subject Property is substitute *res* for the Real Property subject to preliminary order of forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(7) and Fed. R. Civ. P. Supplemental Rule G(7)(b)(iv).

WHEREAS, the Court finds that the Defendant Carolina Serrano had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(b)(7) and Fed. R. Civ. P. Supplemental Rule G(7)(b)(iv), and that the United States will take the necessary action to seek restitution for the victim.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the lien/Deed of Trust/Note of Oak Street Mortgage, LLC and/or MERS, Inc., Nominee for Oak Street Mortgage, LLC, recorded in Davidson County, Tennessee at Instrument Number 20051201-0144424, is hereby extinguished.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT SO ORDERED this _16_ day of ___June___, 2015.

                                                JUDGE WILLIAM J. HAYNES, JR.
                                                United States District Judge